**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)**
----------------------------------------------------------x
In re:                                                    Chapter 7

                                                          Case No. 8-17-74565

STYLIANOS E. KATRIS,

                                  Debtor.

----------------------------------------------------------x

NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS PURSUANT TO
BANKRUPTCY RULE 2002

        PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned bankruptcy proceeding as attorneys for creditor **ANDERSON SHEN P.C.**

        PLEASE TAKE FURTHER NOTICE that demand is hereby made that copies of all pleadings and papers served or filed in the above-captioned bankruptcy proceeding, including without limitation, any notices required or permitted pursuant to Bankruptcy Rules 2002(a), (b), (e), (f), (h) and (1) be served upon

ANDERSON BOWMAN & ZALEWSKI, PLLC
*Attorneys for Creditor Anderson Shen P.C.*
Attn: Btzalel Hirschhorn, Esq.
125-10 Queens Boulevard, Suite 218
Kew Gardens, NY 1145

Dated: Kew Gardens, New York
      August 3, 2017

                       _____/S/ Btzalel Hirschhorn, Esq._____
                       Btzalel Hirschhorn, Esq.
                       ANDERSON BOWMAN & ZALEWSKI, PLLC
                       *Attorneys for Creditor Anderson Shen P.C.*
                       125-10 Queens Boulevard, Suite 218
                       Kew Gardens, NY 11415
                       718-263-6800

Notice to:

**Robert L Pryor**
Pryor & Mandelup, LLP
Attorney for Debtor Stylianos E. Katris
675 Old Country Road
Westbury, NY 11590

**R Kenneth Barnard**
Chapter 7 Trustee
3305 Jerusalem Avenue
Suite 215
Wantagh, NY 11793

**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437